**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Middle__ District of __Florida__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: **Cocoa Expo Sports Center, LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   2 7 - 4 5 0 9 2 4 5
   EIN

5. Debtor's address

   **Principal place of business**

   500 Friday Road
   Number    Street

   Cocoa                    FL    32926
   City                    State  ZIP Code

   Brevard
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State  ZIP Code

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

Debtor   Cocoa Expo Sports Center, LLC                         Case number (if known)_____
         Name

### 6. Debtor's website (URL)
www.cocoaexpo.com

### 7. Type of debtor
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

### 8. Type of debtor's business

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- [ ] No
- [x] Yes. Debtor  Cocoa Expo Sports Center, LLC    Relationship  Debtor
      District  Middle Dist. Florida   Date filed  01/23/2017   Case number, if known  6:17-bk-441-KSJ
                                                   MM / DD / YYYY
      ***CLOSED MARCH 21, 2019***

      Debtor _____   Relationship _____
      District _____  Date filed _____   Case number, if known _____
                                MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    Cocoa Expo Sports Center, LLC                         Case number (if known)_____
          Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | UDF XIV SPE B, LLC | Loan | $ 7,500.00 |
| | Urban Development Fund XXIII, LLC | Loan | $ 7,500.00 |
| | Deego Productions, Inc. | Services | $ 2,142.00 |
| *** UDF XIV SPE B, LLC and Urban Development Fund XXIII, LLC each waive its mortgage lien to the extent of $7,500 each. *** | | Total of petitioners' claims | $ 17,142.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**              **Attorneys**

**Name and mailing address of petitioner**

UDF XIV SPE B, LLC                                          Jules S. Cohen, Esq.
Name                                                         Printed name

                                                             Akerman LLP
401 W Ontario St., Suite 220                                 Firm name, if any
Number  Street
                                                             420 South Orange Avenue, Suite 1200
Chicago           Illinois         60654                     Number  Street
City              State            ZIP Code
                                                             Orlando           Florida          32801
                                                             City              State            ZIP Code

**Name and mailing address of petitioner's representative, if any**
                                                             Contact phone  407-423-4000   Email  jules.cohen@akerman.com
Chad Goodall
Name                                                         Bar number  14520

401 W Ontario St., Suite 220                                 State  Florida
Number  Street

Chicago           Illinois         60654
City              State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2019                                      X  /s/ signature
             MM / DD / YYYY                                     Signature of attorney

X  /s/ signature  Chief Financial Officer                    Date signed  11/05/2019
Signature of petitioner or representative, including representative's title                MM / DD / YYYY

Debtor    Cocoa Expo Sports Center, LLC                                Case number (if known)_____
          Name

**Name and mailing address of petitioner**

Urban Development Fund XXIII, LLC
Name

401 W Ontario St., Suite 220
Number    Street

Chicago            Illinois         60654
City               State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Chad Goodall
Name

401 W Ontario St., Suite 220
Number    Street

Chicago            Illinois         60654
City               State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2019
             MM / DD / YYYY

X _____ Chief Financial Officer _____
Signature of petitioner or representative, including representative's title

Jules S. Cohen, Esq.
Printed name

Akerman LLP
Firm name, if any

420 South Orange Avenue, Suite 1200
Number    Street

Orlando            Florida          32801
City               State            ZIP Code

Contact phone  407-423-4000    Email jules.cohen@akerman.com

Bar number  14520

State  Florida

X _____
Signature of attorney

Date signed  11/05/2019
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Deego Productions, Inc.
Name

8815 Conroy-Windermere Road, No. 246
Number    Street

Orlando            Florida          32835
City               State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Shirley
Name

8815 Conroy-Windermere Road, No. 246
Number    Street

Orlando            Florida          32835
City               State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2019
             MM / DD / YYYY

X _____ President _____
Signature of petitioner or representative, including representative's title

Jules S. Cohen, Esq.
Printed name

Akerman LLP
Firm name, if any

420 South Orange Avenue, Suite 1200
Number    Street

Orlando            Florida          32801
City               State            ZIP Code

Contact phone  407-423-4000    Email jules.cohen@akerman.com

Bar number  14520

State  Florida

X _____
Signature of attorney

Date signed  11/05/2019
             MM / DD / YYYY