ORDERED.

Dated: January 31, 2020

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

Cocoa Expo Sports Center, LLC

    Debtor.

Case No.: 6:19-bk-07295-KSJ
Chapter 11
FEIN: 27-4509245

**ORDER GRANTING CREDITOR BANK OF WASHINGTON'S MOTION**
**TO DISMISS BANKRUPTCY AND FOR RELIEF FROM AUTOMATIC STAY**

    THIS CASE came on for consideration at an evidentiary hearing on January 27, 2020 upon Bank of Washington's Motion to Dismiss or in the Alternative, Motion for Relief From the Automatic Stay or Motion to Abstain (Doc. 12; "Motion"). After considering the record in this case, the arguments of interested parties, and the evidence presented, the Court does hereby,

**ORDER:**

    1.    The Motion (Doc. 12) is GRANTED.

    2.    This case DISMISSED.

    3.    Relief from the Automatic Stay imposed by 11 U.S.C. § 362 is granted and the Stay is immediately lifted.

    4.    The Debtor is ENJOINED from filing a petition under any chapter of Title 11 until February 19, 2021 as ordered by this Court in the Debtor's prior case (Case No. 6:17-bk-00441-KSJ; Doc. No. 268; "2019 Injunction").

5.      The Debtor is ineligible to be a "debtor" under Title 11 until the expiration of the 2019 Injunction.

6.      In the event that a Bankruptcy or Involuntary Bankruptcy is filed by or on behalf of Cocoa Expo Sports Center, LLC in violation of the 2019 Injunction, the provisions of the Automatic Stay under 11 U.S.C § 362 are annulled immediately, no automatic stay shall arise or apply to any property involved in such improperly-filed case, through and including February 19, 2021.

7.      Willful violation of this order or the 2019 Injunction may constitute civil contempt.

*Attorney Phil A. D'Aniello is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.*